UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. C07-4114DEO |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT IN A CIVIL CASE |
| ) | |
| A 2000 JEEP GRAND CHEROKEE, ) | |
| VIN. NO. 1J4GW48N7YC303169, ) | |
| LICENSE NO. 70-J870, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| MARIA DELEON, ) | |
| ) | |
| Claimant. ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That judgment is hereby entered in favor of the Defendant, a 2000 Jeep Grand Cherokee, VIN. No. 1J4GW48N7YC303169, License No. 70-J870, and the Claimant, Maria DeLeon and against the United States of America.

IT IS ALSO ORDERED AND ADJUDGED

That the United States of America shall permit the Claimant, Maria DeLeon, to recover the Defendant Jeep from wherever it is being held forthwith.

DATED: June 4, 2009.

Robert L Phelps - Clerk

BY: s/kfs
Deputy Clerk